UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

DONALD LAPOINTE,              )
       Plaintiff(s)         )
                            )
v.                            )     C.A. No.  10-10103-MLW
                            )
NORTH GROUP, INC.,            )
       Defendant(s)        )

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on December 27, 2010 by counsel for the defendant that the action has settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                        By the Court:
                        Sarah A. Thornton, Clerk

December 28, 2010                /s/Dennis O'Leary
Date                                  Deputy Clerk