UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD LAPOINTE,           )  | |
|     Plaintiff(s)      )  | |
|                                          )  | |
| v.                                       )  | C.A. No.  10-10103-MLW |
|                                          )  | |
| NORTH GROUP, INC.,         )  | |
|     Defendant(s)   )  | |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on December 27, 2010 by counsel for the defendant that the action has settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk

December 28, 2010
Date

/s/Dennis O'Leary
Deputy Clerk